Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ District of  Hawaii
                    (State)

Case number (If known): _____   Chapter  11

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Hawaiian Riverbend LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    20-3591659

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | PO Box 3181 | |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Saratoga,  CA  95070 | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Santa Clara | |
   | County | Number  Street |
   | | City   State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                        ☐ Partnership (excluding LLP)
                        ☐ Other. Specify: _____

Debtor  Hawaiian Riverbend LLC                        Case number (if known)_____
         Name

7. **Describe debtor's business**

   A. Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. Check all that apply:
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   6 7 1 9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. Check all that apply:
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　MM / DD / YYYY
   If more than 2 cases, attach a separate list.
   　　　　District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    　　　District _____ When _____
    　　　　　　　　　　　　　　MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
    　　　Case number, if known _____

Debtor: Hawaiian Riverbend LLC (Name)    Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City        State   ZIP Code

Is the property insured?
☒ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

| Debtor | Hawaiian Riverbend LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/03/2016
MM / DD / YYYY

X /s/ Ryan Smith                                  Ryan Smith
Signature of authorized representative of debtor    Printed name

Title Co Manager

**18. Signature of attorney**

X /s/ Ramon J. Ferrer                             Date 04/04/2016
Signature of attorney for debtor                         MM / DD / YYYY

Ramon J. Ferrer
Printed name

Law Office of Ramon J. Ferrer
Firm name

135 South Wakea Ave. Suite 204
Number  Street

Kahului                                    HI        96732
City                                       State     ZIP Code

(808) 298-7277                             ramonlawfirm@hotmail.com
Contact phone                              Email address

14240-45                                   IN
Bar number                                 State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

U.S. Bankruptcy Court - Hawaii  #16-00348  Dkt # 1  Filed 04/04/16  Page 4 of 10

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A__.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                           $ 8,650,000

   b. Total debts (including debts listed in 2.c., below)   $ 1,713,000

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | Amount | Holders |
   |---|---|---|---|---|---|
   | secured ☒ | unsecured ☐ | subordinated ☐ | $ | 1,619,000 | 3 |
   | secured ☐ | unsecured ☒ | subordinated ☐ | $ | 94,000 | 4 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

   d. Number of shares of preferred stock          0
   e. Number of shares common stock               0

   Comments, if any: _____

3. Brief description of debtor's business: __Debtor is developing property.__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   __Michael Miroyan__

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Hawaiian | Riverbend | LLC |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court - District of Hawaii

Case number (If known) _____

Local Form H1007-2d (12/15)

## Debtor's Verification of Creditor List

The undersigned debtor certifies under penalty of perjury that all entities included or to be included in schedules D, E/F, G, and H have been listed in the creditor list submitted with this verification. This includes all my creditors, parties to leases and executory contracts, and codebtors.

I also certify that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are creditors or parties listed in my schedules who have not been included in this list.

/s/ Ryan Smith
Debtor 1

/s/ _____
Debtor 2

Dated: 4/04/2016

Dated: _____

hawaiian_riverbend_llc_matrix

Kenneth Kai and Tae kai
Trustees of kai family trust
c/o Mathew Shannon
700 Bishop Street Ste. 900
Honolulu, HI 96813

Cory TerEick
c/o Stephan Whittaker
PO Box 964
Kailua-Kona, HI 96745

Cades Schutte
75-170 Hualalai Rd.
Kailua-Kona, HI 96740

County of Hawaii
Real Property Tax
101 Aupuni Suite 4
Hilo, HI 96720

Sidney Fuke
100 Pauahi Street Suite 212
Hilo, HI 96720

Michael Riehm
PO Box 390747
Keauhou, HI 96739

Keith Tran
500 E. Calaveras Blvd. Suite 250
Milpitas, CA 95035

U.S. Bankruptcy Court - Hawaii   #16-00348   Dkt # 1   Filed  04/04/16   Page 7 of 10

Michael Miroyan
PO Box 3181
Saratoga, CA 95070

Ryan Smith
882 Kirksey Dr.
Turlock, CA 95382

Ryan:

I am sending you what is going to be filed. i have not sent the list of 20 largest creditors because I do not have all those addresses yet.

I also need to know what county Saratoga is in.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of __HAWAII__

In re

__Hawaiian Riverbend LLC__   Case No. _____

**Debtor**   Chapter __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __300.00 per hour__

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ __783.00__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was:

   [x] Debtor    [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [x] Debtor    [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 4/4/2016 | /s/ Ramon J. Ferrer |
|---|---|
| Date | Signature of Attorney |
| | Law Office of Ramon J. Ferrer |
| | Name of law firm |